■ ORCHARD EARTH AND PIPE CORPORATION, Appellant, v CONCRETE SLIPFORM, INC., Respondent. [51 NYS3d 453]—Appeal from an order of the Supreme Court, Onondaga County (Spencer J. Ludington, A.J.), entered July 18, 2016. The order, insofar as appealed from, granted those parts of the motion of defendant seeking summary judgment dismissing plaintiff's first and second causes of action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.

■ RONALD L. ALLEN, Respondent, v DAWN E. ALLEN, Appellant. [51 NYS3d 454]—Appeal from a judgment of the Supreme Court, Allegany County (Terrence M. Parker, A.J.), entered November 9, 2015 in a divorce action. The judgment equitably distributed the property of the parties.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.